# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**DAVID WILLIAMS**                                                                                       **PLAINTIFF**
**ADC # 78730**

**VS.**                       **CASE NO. 5:09CV00163-JMM-BD**

**SCOTT HORNER**                                                                                         **DEFENDANT**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the Recommended Disposition, the timely objections received thereto, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Plaintiff's Complaint (docket entry #2) is DISMISSED with prejudice, with the dismissal counting as a "strike" for purposes of 28 U.S.C. § 1915(g). The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action would be frivolous and not in good faith.

IT IS SO ORDERED, this   13   day of   July  , 2009.

_____
UNITED STATES DISTRICT JUDGE