**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**DAVID WILLIAMS**                                                            **PLAINTIFF**
**ADC # 78730**

**VS.**                **CASE NO. 5:09CV00163-JMM-BD**

**SCOTT HORNER**                                                       **DEFENDANT**

**ORDER**

Based on the mandate issued by the Eighth Circuit Court of Appeals, service is now appropriate in this matter. Plaintiff David Williams may proceed on his retaliatory discipline claim against Defendant Horner and his claim that, by calling Plaintiff a snitch, Defendant Horner subjected Plaintiff to a substantial risk of harm at the hands of other inmates, in violation of the Eighth Amendment.

The Clerk of Court is directed to prepare a summons for Defendant Horner, and the United States Marshal is directed to serve copies of the Complaint with any attachments (docket entry #2), and a summons for Defendant Horner through the Compliance Division of the Arkansas Department of Correction, P.O. Box 20550, Pine Bluff, Arkansas 71612, without prepayment of fees and costs or security therefor.

IT IS SO ORDERED this 3rd day of February, 2011.

_____
UNITED STATES MAGISTRATE JUDGE