**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**DAVID WILLIAMS**                                                            **PLAINTIFF**
**ADC # 78730**

**VS.**                   **CASE NO. 5:09CV00163-JMM-BD**

**SCOTT HORNER**                                                      **DEFENDANT**

### **ORDER**

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the recommendation, the timely objections received thereto, as well as a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings with the exception that the Arkansas Department of Corrections ("ADC") is not directed to keep Plaintiff's pleadings and exhibit in the above styled case in the ADC library. Instead the ADC must allow Plaintiff to keep the pleadings and exhibits <u>in his possession</u> and that he have <u>ready access</u> to all pleadings and exhibits in this particular case. Allowing Plaintiff to keep such these documents in his possession with ready access should not cause Defendants any significant harm, as the storage locker provided by the Arkansas Department of Corrections should be sufficient to hold copies of the pleadings and exhibits for the above styled case and any other active cases Plaintiff might have.

Admittedly, the disposition of documentation in Plaintiff's other cases is not a matter before the Court and the Court offers no opinion here as to how the ADC may dispose of those documents. The Court is only holding that the ADC must allow Plaintiff to keep <u>in his possession</u> with <u>ready access</u> all pleadings and exhibits in this case.

Mr. Williams's motion for preliminary injunction (docket entry #29) is GRANTED in part, and DENIED in part.

Mr. Williams's motion to compel (#30) is DENIED.

IT IS SO ORDERED this   2    day of  May, 2011.

_____
UNITED STATES DISTRICT JUDGE