# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**DAVID WILLIAMS**                                                           **PLAINTIFF**
**ADC # 78730**

**VS.**                  **CASE NO. 5:09CV00163-JMM-BD**

**SCOTT HORNER**                                                      **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this  28  day of  September , 2011.

_____
UNITED STATES DISTRICT JUDGE